UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

| | |
|---|---|
| ELENA FEDOROVA,<br>        Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; BRIAN MOYNIHAN, CHAIR OF THE BOARD AND CEO; DISCOVER; DISCOVER BANK; DISCOVER FINANCIAL SERVICES; ROGER C. HOCHSCHILD, PRESIDENT AND CEO; DOE 1-10 INVESTMENT BANKS AND HEDGE FUNDS; DOE 1-100 FINTECH COMPANIES; BLITT & GAINES, P.C.; FRED N. BLITT, MANAGING PARTNER; JAN B. GAINES, MANAGING PARTNER; DAVID OLEFSKY, PARTNER AND CEO; BARBARA NILSEN, PARTNER AND CCO; MICHAEL STARZEC, PARTNER; MARK BERNACEA, ASSOCIATE; KRISTINE GEORGE, ASSOICATE; MICAHEL WOLF, ASSOCIATE; INNOVIS, CREDIT REPORTING BUREAU; EXPERIAN, CREDIT REPORT BUREAU; TRANSUNION, CREDIT REPORTING BUREAU; EQUIFAX, CREDIT REPORTING; THE CONSUMER FINANCIAL PROTECTION AGENCY; THE SECURITIES AND EXCHANGE COMMISSION; THE FEDERAL DEPOSIT INSURANCE CORPORATION; THE FEDERAL TRADE COMISSION; and ILLINOIS ATTORNEY REGISRATION & DISCIPLINARY COMMISSION;<br>        Defendants. | CASE NO. 1:22-cv-03486<br><br>Judge Sharon Johnson Coleman |

**DEFENDANT TRANS UNION, LLC'S NOTICE OF MOTION TO DISMISS**

      Defendant consumer reporting agency Trans Union, LLC ("Trans Union") hereby submits its Notice Of Motion To Dismiss Plaintiff's Complaint (the "Motion"). If it pleases the Court, Trans Union respectfully requests a hearing for presentment of the Motion on Wednesday, August 3, 2022, at 9:30 a.m.

      The Motion should be granted in this alleged Fair Credit Reporting Act case where *pro se* Plaintiff falsely claims that Trans Union conspired with co-Defendant creditors to commit "virtual

slavery" when it reported "unverified information furnished to them by electronically signed methods," and without providing Plaintiff "basic documents or wet-ink signed Affidavits with the full name of [*sic*] financial officer" in response to her dispute letters because:

    A.    Case law holds that a showing of an inaccuracy is an essential prima facie element of a claim under the FCRA, and Plaintiff has failed to allege what information Trans Union reported much less how it was inaccurate;

    B.    Case law holds that Plaintiff's argument that she is not legally required to repay her credit cards (based on her apparent mistaken belief that "virtual debts require no payment") is an impermissible collateral attack on the legal validity of her credit card debts, which Trans Union is neither qualified nor required to resolve under the FCRA;

    C.    Case law holds that even if Plaintiff had identified an inaccuracy in Trans Union's reporting, Trans Union is not required to obtain and provide Plaintiff with "basic documents" or "wet ink signatures" when performing a reasonable investigation to verify the accuracy of information it reports; and

    D.    Case law holds Plaintiff's claims should be dismissed with prejudice because amendment would be futile since the facts would not change and there is no way that Plaintiff could manipulate the facts to state a claim under the FCRA.

The grounds supporting this Motion are set forth more fully in the accompanying Memorandum In Support.

WHEREFORE, Trans Union respectfully requests that the Court grant Trans Union's Motion, dismiss Plaintiff's Complaint against Trans Union in its entirety, with prejudice, and award Trans Union its fees and costs incurred in defending this action, including reasonable attorneys' fees, along with such other relief as the Court deems equitable and just.

Respectfully submitted,

*s/ Scott E. Brady*
Scott E. Brady, Esq. (IL #3053449)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400, Ext. 106
Fax: 317-363-2257
E-Mail: sbrady@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC (improperly identified as Transunion, Credit Reporting Bureau)*

Laura K. Rang, Esq. (IL #2623849)
TransUnion, LLC
555 West Adams Street
Chicago, IL 60661
Phone: (312) 213-9858
Fax: (312) 466-7986
E-Mail: laura.rang@transunion.com

*Local Counsel for Defendant Trans Union, LLC (improperly identified as Transunion, Credit Reporting Bureau)*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **29th day of July, 2022**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| AUSA<br>Usailn.ecfausa@usdoj.gov | Adam T. Hill, Esq.<br>ahill@seyfarth.com |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **29th day of July, 2022** properly addressed as follows:

| **Pro Se Plaintiff**<br>Elena Fedorova<br>175 North Harbor Drive<br>Chicago, IL 60601<br>Summer.chicago3@yahoo.com | |
|---|---|

*s/ Scott E. Brady*
Scott E. Brady, Esq. (IL #3053449)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400, Ext. 106
Fax: 317-363-2257
E-Mail: sbrady@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC (improperly identified as Transunion, Credit Reporting Bureau)*