IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELENA FEDOROVA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:22-cv-3486 |
| | ) | |
| v. | ) | The Honorable |
| | ) | Sharon Johnson Coleman, |
| Bank of America, N.A , *et al* . | ) | Judge Presiding |
| | ) | |
| Defendants. | ) | |

MOTION OF DEFENDANT
ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
TO DISMISS COMPLAINT

The Attorney Registration and Disciplinary Commission of the Supreme Court of Illinois (hereinafter, "ARDC"), by its attorney Benjamin L. Boroughf, respectfully moves, pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, that this Court dismiss Plaintiff's complaint as to Defendant ARDC for the following reasons:

1. This Court should dismiss the complaint for lack of subject matter jurisdiction, pursuant to Rule 12(b)(1), on grounds that Plaintiff lacks standing to challenge the ARDC's discretionary acts, including whether to prosecute a grievance or to close an investigation, against an attorney.

2. This Court should also dismiss the complaint pursuant to Rule 12(b)(1) as to Defendant ARDC, because Defendant ARDC is immune from federal action under the Eleventh Amendment of the United States Constitution as an arm of the Illinois Supreme Court.

3. This Court should further dismiss Plaintiff's complaint pursuant to Rule 12(b)(6), because Plaintiff has failed to state a claim upon which relief might be granted as to Defendant ARDC.

4.      A memorandum in support of this motion is filed herewith.

WHEREFORE, Defendant Attorney Registration and Disciplinary Commission respectfully moves this Court to dismiss the complaint as to it, with prejudice.

      Respectfully submitted,

      Attorney Registration Disciplinary Commission

By:   /s/ Benjamin L. Boroughf
       Benjamin L. Boroughf
       Attorney Registration and Disciplinary Commission
       130 E. Randolph, Suite 1500
       Chicago, Illinois 60601
       Telephone: (312) 565-2600
       E-mail: bboroughf@iardc.org

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on August 9, 2022, a copy of the foregoing MOTION OF DEFENDANT ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION TO DISMISS COMPLAINT has been filed electronically and caused to be served via the CM/ECF system to all counsel of record. The undersigned further certifies that, on August 9, 2022, a service copy of the foregoing MOTION OF DEFENDANT ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION TO DISMISS COMPLAINT was sent via U.S. Mail, postage prepaid, to the following address:

Elena Fedorova
175 N. Harbor Drive, Apt. 2509
Chicago, IL 60601

/s/ Benjamin L. Boroughf
Benjamin L. Boroughf
Counsel for Attorney Registration
and Disciplinary Commission